IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 16–36–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH FREDERICK PLOYHAR, | |
| Defendant. | |

FILED

JAN 3 1 2017

Clerk, U.S District Court
District Of Montana
Missoula

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A preliminary order of forfeiture was entered on November 29, 2016. (Doc. 36.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 40.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

It is therefore ORDERED, DECREED AND ADJUDGED that:

-1-

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $949.00 in U. S. currency;
- 1 Apple iPhone 6 Plus;
- 1 Motorola Flip Phone;
- 1 Apple iPhone 6s;
- 1 Samsung Galaxy S Cellular Phone, Serial Number AA1ZC14YSB;
- 1 LG Voyage Titanium Cellular Phone, Serial Number 903KPYR1959786;
- 1 Apple iPhone 3Gs;
- 1 AlcatelOneTouch Cellular Phone;
- 1 Apple iPhone 4;
- 1 LG Volt Cellular Phone, Serial Number 405CYRN0251198;
- 1 Motorola Droid Cellular Phone;
- 1 HTC Cellphone;
- 1 Apple iPhone 3GS;
- 1 BLU 5.0mega Cellular Phone;

- 1 Apple iPod Nano;

- 1 Samsung Galaxy S5;

- 1 Apple iPhone 6s; and

- 1 Samsung Galaxy S III Cellular Phone.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 31st day of January, 2017.

_____
Dana L. Christensen, Chief Judge
United States District Court